*November 9, 1943.*

PETERSON, Respondent, vs. DUE and another, Appellants.

For the appellants : *Cavanagh, Stephenson & Mittelstaed* of Kenosha.

For the respondent : *L. E. Vaudreuil* of Kenosha.

*By the Court.*—Judgment affirmed.

ESTATE OF SMITH : SMITH and others, Appellants, vs. THOMPSON and another, Executors, Respondents.

For the appellants : *George A. Gessner* of Milwaukee.

For the respondents : *Jeffris, Mouat, Oestreich, Wood & Cunningham* of Janesville.

*By the Court.*—Judgment affirmed.

HENDRICKS, Respondent, vs. HENDRICKS, Appellant.

For the appellant : *Corrigan & Backus,* attorneys, and *Walter D. Corrigan, Sr.,* and *Thomas M. Corrigan* of counsel, all of Milwaukee.

For the respondent : *Schanen & Schanen* of Port Washington.

*By the Court.*—Judgment affirmed.